UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HINDENBURG RESEARCH LLC,<br><br>         Plaintiff,<br><br>-against-<br><br>ENOCHIAN BIOSCIENCES INC.,<br><br>         Defendant. | Case No.: 1:22-cv-6511-VSB<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Hindenburg Research LLC, by and through its undersigned counsel, hereby gives notice of its voluntary dismissal of this case with prejudice.

Dated: New York, New York
    September 28, 2022

                   PRYOR CASHMAN LLP

                   By: *s/ Tom J. Ferber*
                      Brad D. Rose
                      Tom J. Ferber

                   7 Times Square
                   New York, New York  10036
                   (212) 421-4100
                   brose@pryorcashman.com
                   tferber@pryorcashman.com

                   *Attorneys for Plaintiff*